[No. 58730-7-I.  Division One.  July 23, 2007.]

ARVID L. KALNOSKI ET AL., *Plaintiffs*, v. BRUCE R. YNCERA ET AL., *Appellants*, HELEN COOK ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 04-2-18381-2, Suzanne M. Barnett, J., entered July 21, 2006. *Reversed* and *remanded* by unpublished per curiam opinion.

[No. 58824-9-I.  Division One.  July 23, 2007.]

WILLIAM A. SCHWARTZ ET AL., *Appellants*, v. HARRY A. PRYDE ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for San Juan County, No. 06-2-05037-2, Alan R. Hancock, J., entered August 14, 2006. *Affirmed* by unpublished opinion per Cox, J., concurred in by Grosse and Dwyer, JJ.

[No. 58836-2-I.  Division One.  July 23, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. RICHARD MAZZAFERRO, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 05-1-04731-0, Andrea A. Darvis, J., entered August 11, 2006. *Affirmed* by unpublished per curiam opinion.

[No. 58839-7-I.  Division One.  July 23, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. RONALD J. RODACKER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 05-1-09735-0, Richard A. Jones, J., entered September 7, 2006. *Reversed* and *remanded* by unpublished per curiam opinion.